Exhibit 2

STATEMENT ACCOUNT



REMITTANCE ADVICE
**DETACH AND MAIL WITH YOUR REMITTANCE TO**

GENERAL PRODUCE COMPANY
P.O.Box 308 ● SACRAMENTO ,CA 95812
Phone: 916-441-6431 ● Fax: 916-441-0640
sales@generalproduce.com

GENERAL PRODUCE COMPANY
P.O.Box 308
SACRAMENTO ,CA 95812

GEIGERS LONG VALLEY MARKET
P.O.BOX 3
LAYTONVILLE CA 95454
Attn: KEN MOLINARO-707-665-571

GEIGERS LONG VALLEY MARKET

| | ACCOUNT NO. |
|---|---|
| | 347910 |

| STATEMENT DATE | ACCOUNT NO. |
|---|---|
| 04/11/23 | 347910 |

| STATEMENT DATE |
|---|
| 04/11/23 |
| PAGE 1 |

CHECK THOSE ITEMS IN THE "✔"   PAGE 1
COLUMN BEING PAID.

A **FINANCE CHARGE OF 1.5% PER MONTH** will be charged on all past due invoices, which is, an **ANNUAL PERCENTAGE OF 18%**.

| DATE | CODE | REFERENCE | CHARGES | CREDITS | BALANCE | REFERENCE | CODE | AMOUNT | ✔ |
|---|---|---|---|---|---|---|---|---|---|
| 01-Nov-22 | IV | 04828696 | 30.00 | | 30.00 | 04828696 | IV | 30.00 | |
| 03-Nov-22 | IV | 04829251 | 76.85 | | 76.85 | 04829251 | IV | 76.85 | |
| 03-Nov-22 | IV | 04829362 | 1,992.00 | | 1,992.00 | 04829362 | IV | 1,992.00 | |
| 05-Nov-22 | IV | 04820597 | 424.80 | | 424.80 | 04820597 | IV | 424.80 | |
| 05-Nov-22 | IV | 04830446 | 2,627.40 | | 2,627.40 | 04830446 | IV | 2,627.40 | |
| 05-Nov-22 | IV | 04830644 | 189.15 | | 189.15 | 04830644 | IV | 189.15 | |
| 08-Nov-22 | IV | 04831777 | 2,156.00 | | 2,156.00 | 04831777 | IV | 2,156.00 | |
| 08-Nov-22 | IV | 04831937 | 101.50 | | 101.50 | 04831937 | IV | 101.50 | |
| 10-Nov-22 | IV | 04832024 | 102.35 | | 102.35 | 04832024 | IV | 102.35 | |
| 10-Nov-22 | IV | 04832595 | 2,768.30 | | 2,768.30 | 04832595 | IV | 2,768.30 | |
| 12-Nov-22 | IV | 04820606 | 3,997.95 | | 3,997.95 | 04820606 | IV | 3,997.95 | |
| 12-Nov-22 | IV | 04833560 | 81.55 | | 81.55 | 04833560 | IV | 81.55 | |
| 17-Nov-22 | IV | 04832050 | 229.00 | | 229.00 | 04832050 | IV | 229.00 | |
| 17-Nov-22 | IV | 04833623 | 192.00 | | 192.00 | 04833623 | IV | 192.00 | |
| 17-Nov-22 | IV | 04835736 | 2,975.75 | | 2,975.75 | 04835736 | IV | 2,975.75 | |
| 19-Nov-22 | IV | 04835660 | 1,051.65 | | 1,051.65 | 04835660 | IV | 1,051.65 | |
| 19-Nov-22 | IV | 04836786 | 5,502.75 | | 5,502.75 | 04836786 | IV | 5,502.75 | |
| 19-Nov-22 | IV | 04837140 | 109.10 | | 109.10 | 04837140 | IV | 109.10 | |
| 21-Nov-22 | CM | 00858185 | 57.30 | | 57.30 | 00858185 | CM | 57.30 | |
| 22-Nov-22 | IV | 04833641 | 143.35 | | 143.35 | 04833641 | IV | 143.35 | |
| 22-Nov-22 | IV | 04837944 | 2,323.30 | | 2,323.30 | 04837944 | IV | 2,323.30 | |
| 22-Nov-22 | IV | 04838261 | 169.00 | | 169.00 | 04838261 | IV | 169.00 | |
| 22-Nov-22 | IV | 04838268 | 32.80 | | 32.80 | 04838268 | IV | 32.80 | |
| 26-Nov-22 | IV | 04835757 | 261.25 | | 261.25 | 04835757 | IV | 261.25 | |
| 26-Nov-22 | IV | 04839416 | 1,348.30 | | 1,348.30 | 04839416 | IV | 1,348.30 | |
| 26-Nov-22 | IV | 04839696 | 91.00 | | 91.00 | 04839696 | IV | 91.00 | |
| 29-Nov-22 | IV | 04840404 | 100.15 | | 100.15 | 04840404 | IV | 100.15 | |
| 29-Nov-22 | IV | 04840434 | 2,126.30 | | 2,126.30 | 04840434 | IV | 2,126.30 | |
| 29-Nov-22 | IV | 04840703 | 47.70 | | 47.70 | 04840703 | IV | 47.70 | |
| 01-Dec-22 | IV | 04840570 | 78.85 | | 78.85 | 04840570 | IV | 78.85 | |
| 01-Dec-22 | IV | 04841392 | 1,428.75 | | 1,428.75 | 04841392 | IV | 1,428.75 | |
| 03-Dec-22 | IV | 04840571 | 151.20 | | 151.20 | 04840571 | IV | 151.20 | |
| 03-Dec-22 | IV | 04842569 | 2,014.25 | | 2,014.25 | 04842569 | IV | 2,014.25 | |
| 03-Dec-22 | IV | 04842855 | 48.50 | | 48.50 | 04842855 | IV | 48.50 | |
| 03-Dec-22 | IV | 04842864 | 15.00 | | 15.00 | 04842864 | IV | 15.00 | |
| 06-Dec-22 | IV | 04840573 | 2,962.25 | | 2,962.25 | 04840573 | IV | 2,962.25 | |

**CODES**
CM = CREDIT MEMO    FC = FINANCE CHARGE
DM = DEBIT MEMO     IV = INVOICE
DS = DISCOUNT       PY = PAYMENT

**PLEASE PAY** ➡    CONT

**TOTAL** ➡    CONT

STATEMENT ACCOUNT



**GENERAL PRODUCE COMPANY**
P.O.Box 308 ● SACRAMENTO, CA 95812
Phone: 916-441-6431 ● Fax: 916-441-0640
sales@generalproduce.com

GEIGERS LONG VALLEY MARKET
P.O.BOX 3
LAYTONVILLE CA 95454
Attn: KEN MOLINARO-707-665-571

**ACCOUNT NO.** 347910

**STATEMENT DATE** 04/11/23
**PAGE** 2

REMITTANCE ADVICE
**DETACH AND MAIL WITH YOUR REMITTANCE TO**

GENERAL PRODUCE COMPANY
P.O.Box 308
SACRAMENTO, CA 95812

GEIGERS LONG VALLEY MARKET

STATEMENT DATE 04/11/23    ACCOUNT NO. 347910

CHECK THOSE ITEMS IN THE "✔" COLUMN BEING PAID.    PAGE 2

A **FINANCE CHARGE OF 1.5% PER MONTH** will be charged on all past due invoices, which is, an **ANNUAL PERCENTAGE OF 18%.**

| DATE | CODE | REFERENCE | CHARGES | CREDITS | BALANCE | REFERENCE | CODE | AMOUNT | ✔ |
|---|---|---|---|---|---|---|---|---|---|
| 06-Dec-22 | IV | 04843801 | 96.75 | | 96.75 | 04843801 | IV | 96.75 | |
| 06-Dec-22 | IV | 04843840 | 39.50 | | 39.50 | 04843840 | IV | 39.50 | |
| 06-Dec-22 | IV | 04843843 | 14.80 | | 14.80 | 04843843 | IV | 14.80 | |
| 08-Dec-22 | IV | 04843818 | 71.85 | | 71.85 | 04843818 | IV | 71.85 | |
| 08-Dec-22 | IV | 04844532 | 1,336.90 | | 1,336.90 | 04844532 | IV | 1,336.90 | |
| 08-Dec-22 | IV | 04844743 | 19.00 | | 19.00 | 04844743 | IV | 19.00 | |
| 10-Dec-22 | IV | 04843816 | 639.60 | | 639.60 | 04843816 | IV | 639.60 | |
| 10-Dec-22 | IV | 04845677 | 1,690.90 | | 1,690.90 | 04845677 | IV | 1,690.90 | |
| 10-Dec-22 | IV | 04845693 | 96.75 | | 96.75 | 04845693 | IV | 96.75 | |
| 10-Dec-22 | IV | 04846000 | 58.00 | | 58.00 | 04846000 | IV | 58.00 | |
| 13-Dec-22 | IV | 04843822 | 81.35 | | 81.35 | 04843822 | IV | 81.35 | |
| 13-Dec-22 | IV | 04846731 | 2,658.15 | | 2,658.15 | 04846731 | IV | 2,658.15 | |
| 13-Dec-22 | IV | 04846975 | 85.70 | | 85.70 | 04846975 | IV | 85.70 | |
| 15-Dec-22 | CM | 00860456 | | 63.50 | -63.50 | 00860456 | CM | -63.50 | |
| 15-Dec-22 | IV | 04846963 | 1,622.10 | | 1,622.10 | 04846963 | IV | 1,622.10 | |
| 15-Dec-22 | IV | 04847817 | 14.80 | | 14.80 | 04847817 | IV | 14.80 | |
| 17-Dec-22 | IV | 04846941 | 2,729.50 | | 2,729.50 | 04846941 | IV | 2,729.50 | |
| 17-Dec-22 | IV | 04849087 | 37.80 | | 37.80 | 04849087 | IV | 37.80 | |
| 20-Dec-22 | IV | 04846965 | 85.85 | | 85.85 | 04846965 | IV | 85.85 | |
| 20-Dec-22 | IV | 04849799 | 77.30 | | 77.30 | 04849799 | IV | 77.30 | |
| 20-Dec-22 | IV | 04849964 | 1,253.60 | | 1,253.60 | 04849964 | IV | 1,253.60 | |
| 20-Dec-22 | IV | 04850116 | 40.10 | | 40.10 | 04850116 | IV | 40.10 | |
| 22-Dec-22 | IV | 04850718 | 2,105.40 | | 2,105.40 | 04850718 | IV | 2,105.40 | |
| 22-Dec-22 | IV | 04850923 | 96.20 | | 96.20 | 04850923 | IV | 96.20 | |
| 24-Dec-22 | IV | 04849778 | 80.85 | | 80.85 | 04849778 | IV | 80.85 | |
| 24-Dec-22 | IV | 04851816 | 1,863.20 | | 1,863.20 | 04851816 | IV | 1,863.20 | |
| 24-Dec-22 | IV | 04852078 | 71.40 | | 71.40 | 04852078 | IV | 71.40 | |
| 24-Dec-22 | IV | 04852080 | 15.30 | | 15.30 | 04852080 | IV | 15.30 | |
| 27-Dec-22 | IV | 04852573 | 1,334.80 | | 1,334.80 | 04852573 | IV | 1,334.80 | |
| 27-Dec-22 | IV | 04852582 | 72.25 | | 72.25 | 04852582 | IV | 72.25 | |
| 29-Dec-22 | IV | 04853380 | 2,075.00 | | 2,075.00 | 04853380 | IV | 2,075.00 | |
| 29-Dec-22 | IV | 04853558 | 104.95 | | 104.95 | 04853558 | IV | 104.95 | |
| 31-Dec-22 | IV | 04852615 | 518.35 | | 518.35 | 04852615 | IV | 518.35 | |
| 31-Dec-22 | IV | 04854409 | 1,930.85 | | 1,930.85 | 04854409 | IV | 1,930.85 | |
| 03-Jan-23 | CM | 00861542 | | 40.30 | -40.30 | 00861542 | CM | -40.30 | |
| 03-Jan-23 | IV | 04855199 | 1,668.95 | | 1,668.95 | 04855199 | IV | 1,668.95 | |

**CODES**

CM = CREDIT MEMO    FC = FINANCE CHARGE
DM = DEBIT MEMO     IV = INVOICE
DS = DISCOUNT       PY = PAYMENT

**PLEASE PAY** ➡    CONT

**TOTAL** ➡    CONT

STATEMENT ACCOUNT



| | | REMITTANCE ADVICE |
| --- | --- | --- |
| | | **DETACH AND MAIL WITH YOUR REMITTANCE TO** |

GENERAL PRODUCE COMPANY
P.O.Box 308 ● SACRAMENTO ,CA 95812
Phone: 916-441-6431 ● Fax: 916-441-0640
sales@generalproduce.com

**ACCOUNT NO.** 347910

GENERAL PRODUCE COMPANY
P.O.Box 308
SACRAMENTO ,CA 95812

GEIGERS LONG VALLEY MARKET
P.O.BOX 3
LAYTONVILLE CA 95454
Attn: KEN MOLINARO-707-665-571

**STATEMENT DATE** 04/11/23
PAGE 3

GEIGERS LONG VALLEY MARKET

**STATEMENT DATE** 04/11/23    **ACCOUNT NO.** 347910

CHECK THOSE ITEMS IN THE "✔" COLUMN BEING PAID.    PAGE 3

A **FINANCE CHARGE OF 1.5% PER MONTH** will be charged on all past due invoices, which is, an **ANNUAL PERCENTAGE OF 18%.**

| DATE | CODE | REFERENCE | CHARGES | CREDITS | BALANCE | REFERENCE | CODE | AMOUNT | ✔ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 03-Jan-23 | IV | 04855272 | 71.65 | | 71.65 | 04855272 | IV | 71.65 | |
| 03-Jan-23 | IV | 04855418 | 128.90 | | 128.90 | 04855418 | IV | 128.90 | |
| 03-Jan-23 | IV | 04855421 | 40.60 | | 40.60 | 04855421 | IV | 40.60 | |
| 04-Jan-23 | CM | 00861655 | | 40.30 | -40.30 | 00861655 | CM | -40.30 | |
| 05-Jan-23 | IV | 04855273 | 180.15 | | 180.15 | 04855273 | IV | 180.15 | |
| 05-Jan-23 | IV | 04856028 | 1,355.45 | | 1,355.45 | 04856028 | IV | 1,355.45 | |
| 05-Jan-23 | IV | 04856204 | 33.00 | | 33.00 | 04856204 | IV | 33.00 | |
| 05-Jan-23 | IV | 04856211 | 40.00 | | 40.00 | 04856211 | IV | 40.00 | |
| 07-Jan-23 | IV | 04852616 | 3,131.45 | | 3,131.45 | 04852616 | IV | 3,131.45 | |
| 07-Jan-23 | IV | 04856936 | 45.35 | | 45.35 | 04856936 | IV | 45.35 | |
| 10-Jan-23 | CM | 00862040 | | 40.60 | -40.60 | 00862040 | CM | -40.60 | |
| 10-Jan-23 | IV | 04858025 | 1,946.70 | | 1,946.70 | 04858025 | IV | 1,946.70 | |
| 12-Jan-23 | IV | 04858316 | 135.10 | | 135.10 | 04858316 | IV | 135.10 | |
| 12-Jan-23 | IV | 04858870 | 42.05 | | 42.05 | 04858870 | IV | 42.05 | |
| 12-Jan-23 | IV | 04858916 | 1,501.20 | | 1,501.20 | 04858916 | IV | 1,501.20 | |
| 14-Jan-23 | IV | 04857800 | 738.00 | | 738.00 | 04857800 | IV | 738.00 | |
| 14-Jan-23 | IV | 04860119 | 1,603.60 | | 1,603.60 | 04860119 | IV | 1,603.60 | |
| 17-Jan-23 | CM | 00862548 | | 7.95 | -7.95 | 00862548 | CM | -7.95 | |
| 17-Jan-23 | DM | 00862555 | 23.50 | | 23.50 | 00862555 | DM | 23.50 | |
| 17-Jan-23 | IV | 04861118 | 2,226.20 | | 2,226.20 | 04861118 | IV | 2,226.20 | |
| 17-Jan-23 | IV | 04861530 | 195.30 | | 195.30 | 04861530 | IV | 195.30 | |

**CODES**
CM = CREDIT MEMO    FC = FINANCE CHARGE
DM = DEBIT MEMO    IV = INVOICE
DS = DISCOUNT    PY = PAYMENT

**PLEASE PAY** ⟹ $75,940.70

**TOTAL** ⟹ $75,940.70