Michael Shklovsky, Esq. (Bar No. 255893)
Ryan F. Thomas, Esq. (Bar No. 230491)
ANDERSON ZEIGLER
A Professional Corporation
50 Old Courthouse Square, 5th Floor
Santa Rosa, CA 95404
Telephone:	707/545-4910
Facsimile:	707/544-0260
Email:	mshklovsky@andersonzeigler.com
	rthomas@andersonzeigler.com

Attorneys for Defendants Geiger's Long Valley Market, LLC,
Geiger's Hopland Market, LLC, Michael Maciel, Michael Braught,
Shanna Braught and Ken Molinaro

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL PRODUCE DISTRIBUTION CO., LLC, fka GENERAL PRODUCE CO., a California Limited Partnership, aka GENERAL PRODUCE CO., LTD. dba GENERAL PRODUCE,<br><br>Plaintiff,<br><br>vs.<br><br>GEIGER'S LONG VALLEY MARKET, LLC, a Limited Liability Company; GEIGER'S HOPLAND MARKET, LLC, a Limited Liability Company; MICHAEL MACIEL, an individual; MICHAEL BRAUGHT, an individual; SHANNA BRAUGHT, an individual; and KEN MOLINARO, an individual; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 1:23-cv-01794<br><br>**DECLARATION OF MICHAEL SHKLOVSKY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**<br><br>Complaint Filed: April 12, 2023<br>Amended Complaint Filed: June 13, 2023<br><br>Assigned for All Purposes to<br>Hon. Vince Chhabria<br><br>Date:<br>Time:<br>Ctrm/Dept: |

## DECLARATION OF MICHAEL SHKLOVSKY
## IN SUPPORT OF MOTION TO DISMISS

I, MICHAEL SHKLOVSKY, declare the following:

1. I am an attorney licensed to practice law before the United States District Court, Northern District of California, and an attorney with Anderson Zeigler, a professional corporation, attorneys of record for Defendants GEIGER'S LONG VALLEY MARKET, LLC, a Limited Liability Company; GEIGER'S HOPLAND MARKET, LLC, a Limited Liability Company; MICHAEL MACIEL, an individual; MICHAEL BRAUGHT, an individual; SHANNA BRAUGHT, an individual; and KEN MOLINARO, an individual (collectively "Defendants") in the above-entitled matter.

2. I have personal knowledge of the matters contained in this declaration and, if called as a witness to testify, I could and would competently testify to them.  My personal knowledge is based on my participation in every aspect of this litigation since its inception, including communications with opposing counsel, review of all case documents, and all related activities.

3. I submit this declaration in support of Defendants' Motion to Dismiss Plaintiff's GENERAL PRODUCE DISTRIBUTION CO., LLC, fka GENERAL PRODUCE CO., a California Limited Partnership, aka GENERAL PRODUCE CO., LTD. dba GENERAL PRODUCE (collectively "Plaintiff") First Amended Complaint ("FAC").

## SPONSORED EXHIBITS

4. Attached hereto as Exhibit A is a true and correct printout of my search results from the California Secretary of State's website (https://bizfileonline.sos.ca.gov/search/business) for the purported entity "GENERAL PRODUCE CO., LTD", performed on June 27, 2023.

5. Attached hereto as Exhibit B is a true and correct printout of my search results from the Delaware Department of State's website (https://icis.corp.delaware.gov/ecorp/entitysearch/namesearch.aspx) for the entity "GENERAL PRODUCE DISTRIBUTION CO., LLC" performed on June 27, 2023.

6. Attached hereto as Exhibit C is a true and correct copy of my search results from the California Secretary of State's website (https://bizfileonline.sos.ca.gov/search/business) for the entity "GENERAL PRODUCE CO.", a California Limited Partnership, dated June 27, 2023.

1  I declare, under penalty of perjury under the laws of the State of California that the foregoing is
2  true and correct. Executed June 27, 2023, in Santa Rosa, California.

By: */s/ Michael Shklovsky*
Michael Shklovsky, Esq

# EXHIBIT A

**California**
*Secretary of State*

Business    UCC                                    Login

Home

Search

Forms

Help

# Business Search

The California Business Search provides access to available information for **corporations**, **limited liability companies** and **limited partnerships** of record with the California Secretary of State, with **free PDF copies** of over 17 million imaged business entity documents, including the most recent imaged Statements of Information filed for Corporations and Limited Liability Companies.

Currently, information for Limited Liability Partnerships (e.g. law firms, architecture firms, engineering firms, public accountancy firms, and land survey firms), General Partnerships, and other entity types are **not contained** in the California Business Search. If you wish to obtain information about LLPs and GPs, submit a Business Entities Order paper form to request copies of filings for these entity types. Note: This search is not intended to serve as a name reservation search. To reserve an entity name, select Forms on the left panel and select Entity Name Reservation ? Corporation, LLC, LP.

**Basic Search**

> A Basic search can be performed using an entity name or entity number. When conducting a search by an entity number, where applicable, **remove "C"** from the entity number. Note, **a basic search** will search **only ACTIVE entities** (Corporations, Limited Liability Companies, Limited Partnerships, Cooperatives, Name Reservations, Foreign Name Reservations, Unincorporated Common Interest Developments, and Out of State Associations). The basic search performs a contains ?keyword? search. The Advanced search allows for a ?starts with? filter. To search entities that have a status other than active or to refine search criteria, use the **Advanced** search feature.

**Advanced Search**

> An Advanced search is required when searching for publicly traded disclosure information or a status other than active.
>
> An Advanced search allows for searching by specific entity types (e.g., Nonprofit Mutual Benefit Corporation) or by entity groups (e.g., All Corporations) as well as searching by ?begins with? specific search criteria.

**Disclaimer:** Search results are limited to the 500 entities closest matching the entered search criteria. If your desired search result is not found within the 500 entities provided, please refine the search criteria using the Advanced search function for additional results/entities. The California Business Search is updated as documents are approved. The data provided is not a complete or certified record

Skip to main content    State



**Business** | UCC

*indirectly from reliance on the accuracy, reliability, or timeliness of the information that is provided. All such information is provided "as is." To order certified copies or certificates of status, (1) locate an entity using the search; (2) select Request Certificate in the right-hand detail drawer; and (3) complete your request online.*

GENERAL PRODUCE CO., LTD

Advanced ⌄



# No results were found for "GENERAL PRODUCE CO., LTD"

Try your search again with different filters or a different search term.

© 2023 CA Secretary of State

# EXHIBIT B

Delaware.gov    Governor | General Assembly | Courts | Elected Officials | State Agencies

**Department of State: Division of Corporations**

Allowable Characters

**HOME**

## Entity Details

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| | | | |
|---|---|---|---|
| File Number: | 7316819 | Incorporation Date / Formation Date: | 4/14/2023 (mm/dd/yyyy) |
| Entity Name: | GENERAL PRODUCE DISTRIBUTION CO., LLC | | |
| Entity Kind: | Limited Liability Company | Entity Type: | General |
| Residency: | Domestic | State: | DELAWARE |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | CORPORATION SERVICE COMPANY | | |
| Address: | 251 LITTLE FALLS DRIVE | | |
| City: | WILMINGTON | County: | New Castle |
| State: | DE | Postal Code: | 19808 |
| Phone: | 302-636-5401 | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ⚪ Status ⚪ Status,Tax & History Information

[Submit]

[View Search Results]    [New Entity Search]

For help on a particular field click on the Field Tag to take you to the help area.

site map | privacy | about this site | contact us | translate | delaware.gov

# EXHIBIT C

Skip to main content

### California
Secretary of State

Business | UCC

Login

Home
Search
Forms
Help

# Business Search

The California Business Search provides access to available information for **corporations**, **limited liability companies** and **limited partnerships** of record with the California Secretary of State, with **free PDF copies** of over 17 million imaged business entity documents, including the most recent imaged Statements of Information filed for Corporations and Limited Liability Companies.

Currently, information for Limited Liability Partnerships (e.g. law firms, architecture firms, engineering firms, public accountancy firms, and land survey firms), General Partnerships, and other entity types are **not contained** in the California Business Search. If you wish to obtain information about LLPs and GPs, submit a Business Entities Order paper form to request copies of filings for these entity types. Note: This search is not intended to serve as a name reservation search. To reserve an entity name, select Forms on the left panel and select Entity Name Reservation ? Corporation, LLC, LP.

**Basic Search**

A Basic search can be performed using an entity name or entity number. When conducting a search by an entity number, where applicable, **remove "C"** from the entity number. Note, **a basic search** will search **only ACTIVE entities** (Corporations, Limited Liability Companies, Limited Partnerships, Cooperatives, Name Reservations, Foreign

## GENERAL PRODUCE CO., A CALIFORNIA LIMITED PARTNERSHIP (198505200047)



Request Certificate

| | |
|---|---|
| Initial Filing Date | 02/15/1985 |
| Status | Converted Out |
| Standing - FTB | Good |
| Standing - Agent | Good |
| Inactive Date | 04/14/2023 |
| Formed In | CALIFORNIA |
| Entity Type | Limited Partnership - CA |
| Principal Address | 1330 NORTH "B" STREET SACRAMENTO, CA 95814 |
| Mailing Address | 1330 NORTH "B" STREET SACRAMENTO,CA95814 |
| Agent | Individual DANIEL W. CHAN 1330 NORTH "B" STREET SACRAMENTO, CA  95814 |



View History      Request Access