UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL PRODUCE DISTRIBUTION CO., LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>GEIGER'S LONG VALLEY MARKET, LLC, et al.,<br><br>          Defendant. | Case No. 23-cv-01794-VC<br><br>**ORDER OF DISMISSAL** |

The Court was advised by the parties on September 1, 2023, that they reached a settlement. Therefore, this case is dismissed without prejudice. All deadlines and hearings in the case are vacated, and any pending motions are moot.

The parties retain the right to reopen this action until January 4, 2024, if the settlement is not consummated. If a request to reinstate the case is not filed and served on opposing counsel before January 4, 2024, then the dismissal will be with prejudice.

**IT IS SO ORDERED.**

Dated: September 5, 2023

_____
VINCE CHHABRIA
United States District Judge